**Order entered January 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01102-CR

**MARIAN BERNARD ZIOLKOWSKI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80990-1997**

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the clerk's record on December 5, 2014. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant was represented by retained counsel at trial but is representing himself on appeal; (3) appellant did not complete an affidavit of indigence nor did he request appointment of counsel for the appeal; (4) appellant paid for the clerk's record on December 2, 2014; (5) Sheri Vecera is the court reporter who recorded the proceedings; and (6) appellant has neither requested preparation of the reporter's record nor made payment arrangements for it.

Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **ORDER** appellant to file a brief that complies with Texas Rule of Appellate Procedure 38.1 by **FEBRUARY 17, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sheri Vecera, official court reporter, 199th Judicial District Court, and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Marian Bernard Ziolkowski, 2609 Lookout Drive, Garland, Texas 75044.

/s/ LANA MYERS
   JUSTICE